Jasmine BROOKS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 98857.

Missouri Court of Appeals,
Eastern District,
Division Five.

Aug. 20, 2013.

Maleaner Harvey, St. Louis, MO, for appellant.

Chris Koster, Robert J. (Jeff) Bartholomew, Jefferson City, MO, for respondent.

Before: ROBERT M. CLAYTON III, C.J., GARY M. GAERTNER, JR., J., and MICHAEL K. MULLEN, S.J.

### ORDER

PER CURIAM.

Jasmine Brooks appeals from the judgment denying her Rule 24.035[1] motion. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court's denial of post-conviction relief was not clearly erroneous. Rule

24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties, for their use only. We affirm the judgment pursuant to Mo. R. Civ. P. 84.16(b).

---

1. All rule references are to Mo. R.Crim. P.2012, unless otherwise indicated.